BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:11-MJ-00269-DLB |
| Plaintiff, | MOTION AND ORDER FOR RELEASE |
| v. | |
| EZEQUIEL RODRIGUEZ CANO, | |
| Defendant. | |

The United States hereby moves this Court for an order releasing defendant from custody in the instant case. On today's date, the undersigned counsel was advised that a motion to dismiss will be filed as to the named defendant in Western District of Texas (Case No. 2:97-cr-00346-RTD (DR97-CR-346 FB)). Therefore, the government will not proceed with an identity hearing on December 14, 2011. Defense counsel Francine Zepeda had no objection to this request.

Accordingly, the United States requests that defendant be ordered released from custody, the hearing be vacated, and the case closed.

DATED: December 13, 2011    BENJAMIN B. WAGNER
                                      United States Attorney

                                        By:  /s/ Ian L. Garriques
                                             IAN L. GARRIQUES
                                             Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:11-MJ-00269-DLB |
| Plaintiff, | ) |
| | ) ORDER FOR RELEASE |
| v. | ) |
| EZEQUIEL RODRIGUEZ CANO, | ) |
| Defendant. | ) |

Based on the government's motion, IT IS HEREBY ORDERED that defendant be released from custody, the identity hearing scheduled for December 14, 2011, be vacated, and the case closed.

DATED: December 13, 2011   /s/ Dennis L. Beck
                           UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com